UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MD PRO INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. C23-1777JLR<br><br>ORDER |

Before the court is Plaintiff GS Holistic, LLC's ("GS Holistic") motion for a 30-day extension of time to perfect service on Defendant MD PRO Inc. (Mot. (Dkt. # 9).) Because none of the Defendants have appeared in this action, the court exercises its discretion under Federal Rule of Civil Procedure 1 to decide this motion before the April 26, 2024 noting date. Fed. R. Civ. P. 1 (directing courts to construe the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding"). The court has reviewed GS Holistic's motion, the

ORDER - 1

relevant portions of the record, and the governing law.  Being fully advised, the court GRANTS GS Holistic's motion.

Federal Rule of Civil Procedure 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

GS Holistic filed this action on November 20, 2023.  (Compl. (Dkt. # 1).)  As a result, Rule 4(m)'s 90-day deadline for effectuating service of process expired on February 18, 2024.  Fed. R. Civ. P. 4(m).  On February 22, 2024, the court granted GS Holistic's motion for a 60-day extension of time to serve MD Pro Inc. and individual Defendants Diana Elmoussa and Walid Hassan.  (2/23/24 Order (Dkt. # 6).)  GS Holistic has since served the individual Defendants (*see* Affs. (Dkt. ## 7-8)) but has not yet received an affidavit of service for MD Pro Inc. (*see* Mot. at 2).  GS Holistic now seeks an additional 30-day extension of time to perfect service on MD Pro Inc.  (*See id.*)

The court GRANTS GS Holistic's motion (Dkt. # 9).  GS Holistic shall file proof of proper service on MD Pro Inc. by no later than **May 20, 2024.**

Dated this 22nd day of April, 2024.

JAMES L. ROBART
United States District Judge